Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com
E-mail: demareel@ballardspahr.com

*Attorneys for Defendant
Comenity Bank*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KATHLEEN INGRAM, | CASE NO. 2:16-cv-2807-APG-GWF |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ARBITRATE AND TO DISMISS CASE WITHOUT PREJUDICE** |
| COMENITY BANK, | |
| Defendants. | |

Plaintiff Kathleen Ingram and Defendant Comenity Bank ("Comenity") stipulate and agree as follows:

1. On December 6, 2016, Plaintiff filed her complaint. (ECF No. 1.)

2. The complaint asserts violations of the Telephone Consumer Protection Act and the Nevada Deceptive Trade Practices Act based on alleged telephone calls made to collect on unspecified accounts that Plaintiff had with Comenity.

3. For each of Plaintiff's accounts with Comenity, Plaintiff and Comenity entered into a credit card agreement containing an arbitration clause.

4. Plaintiff's claims in this action are subject to these arbitration provisions.

4. Accordingly, the Parties agree to voluntarily dismiss this matter

DMWEST #16453158 v2

1  without prejudice and permit Plaintiff to submit her claims to binding arbitration
2  pursuant to the terms of the arbitration provisions of the parties' credit card
3  agreements.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).
4       Dated:  April 25, 2017.

5  Ballard Spahr LLP                               Haines & Krieger, LLC

7  By:  /s/ Lindsay Demaree                        By:  /s/ David Krieger
        Joel E. Tasca                                   David H. Krieger
8       Nevada Bar No. 14124                            8985 S. Eastern Avenue
        Lindsay Demaree                                 Suite 350
9       Nevada Bar No. 11949                            Henderson, NV 89123
        100 North City Parkway
10      Suite 1750                                     *Attorneys for Plaintiff*
        Las Vegas, Nevada 89106
11
        *Attorneys for Defendant Comenity*
12      *Bank*

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: April 25, 2017.

2

DMWEST #16453158 v2